UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. MCCULLOM,<br><br>    Plaintiff,<br><br>    v.<br><br>FORMER PRESIDENTIAL DONALD TRUMP'S ADMINISTRATION, et al.,<br><br>    Defendants. | Case No. 21-05738 BLF (PR)<br><br>**JUDGMENT** |

    The Court has dismissed the instant action with prejudice for failure to state a claim for relief. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: __April 21, 2022_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.21\05738McCullom_judgment